```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

CARTER LEDYARD & MILBURN LLP,

      Plaintiff,          21-cv-10943 (JSR)

   -v-          ORDER

KORE INFRASTRUCTURE LLC,

      Defendant.

------------------------------------------------------------

JED S. RAKOFF, U.S.D.J.:

    On February 18, 2022, the parties in the above-captioned case informed the Court that the parties had reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY  
February 18, 2022

                                            JED S. RAKOFF, U.S.D.J.